Jonathan Shub (Bar No. 237708)
Benjamin F. Johns*
Samantha E. Holbrook*
**SHUB LAW FIRM LLC**
134 Kings Highway E.
2nd Floor
Haddonfield, NJ  08033
Telephone: (856) 772-7200
Email: jshub@shublawyers.com

*Attorneys for Plaintiff Joaquin Serrano*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JOAQUIN SERRANO, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>     v.<br><br>APPLE INC.,<br><br>                    Defendant. | Civil Case No.  Case No. 3:23-cv-00487-EJD<br><br>**NOTICE OF APPEARANCE OF JONATHAN SHUB FOR PLAINTIFF JOAQUIN SERRANO** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Jonathan Shub of Shub Law Firm LLC, 134 Kings Highway E., 2nd Floor, Haddonfield, New Jersey 08033, hereby appears as counsel of record for plaintiff Joaquin Serrano in this action.

DATED: March 13, 2023

SHUB LAW FIRM LLC

By:_____
Jonathan Shub
Benjamin F. Johns*
Samantha E. Holbrook*
134 Kings Highway E.
2nd Floor
Haddonfield, New Jersey 08033
Telephone: (856) 772-7200
Email: jshub@shublawyers.com

*Attorneys for Plaintiff Joaquin Serano*

*Pro Hac Vices Forthcoming

- 1 -
NOTICE OF APPEAREANCE OF JONATHAN SHUB – Case No. 5:23-cv-0487-EJD